FANNIE E. WILLSON, Appellant, *v.* FAXON, WILLIAMS AND FAXON, Respondent.

Reported below, 138 App. Div. 359.
(Submitted April 24, 1911; decided May 2, 1911.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in

the fourth judicial department, entered May 4, 1910, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover damages alleged to have been suffered by plaintiff through the defendant negligently selling her cathartic tablets containing calomel instead of cascara.

The motion was made upon the ground that the appeal had been inadvertently taken.

*Charles Newton* for motion.

*Carlton E. Ladd* opposed.

Motion granted on payment of costs and ten dollars costs of motion within twenty days; on failure to make such payment the motion is denied, with ten dollars costs.